425 A.2d 839

Commonwealth v. Evans, Appellant.

Submitted June 29, 1979. Ronald Keeler, for appellant; Daniel L. Howsare, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The judgment of sentence of the lower court is hereby affirmed.